UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81088-CIV-DIMITROULEAS

MARGARET C. TRACY,

    Plaintiff,

vs.

CWY Legal and Consulting, LLC,

    Defendant.
_____/

## **ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff commenced this action on September 9, 2024. [DE 1]. Defendant was served on September 20, 2024; as such, the deadline for Defendant to file an answer or otherwise respond to the Complaint has passed. *See* [DE 7]. However, as of the date of this Order, Defendant has not responded to the Complaint.

If a defendant fails to respond to a complaint, the plaintiff may move for a Clerk's Entry of Default. *See* Fed. R. Civ. P. 55(a). In this case, although Defendant has failed to timely respond, Plaintiff has not yet moved for a Clerk's Entry of Default.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff, on or before **October 25, 2024**, shall either move for Clerk's Entry of Default, or show cause why this case should not be dismissed for a lack of prosecution.

2. A failure to comply with this Order will result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of October, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record